IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA JOHNSON,<br><br>    *Plaintiff,*<br><br>v.<br><br>KEYSTONE QUALITY TRANSPORT COMPANY, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 16-6603 |

## **ORDER**

**AND NOW**, this 25th day of January, 2018, in consideration of Defendants' Motion for Summary Judgment (ECF Nos. 32, 33 & 34), Plaintiff's Response (ECF No. 36), and Defendants' Reply (ECF Nos. 38, 39 & 40), and following oral argument with counsel for the parties (ECF No. 51), it is **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.