# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA JOHNSON,

    *Plaintiff,*

v.

KEYSTONE QUALITY TRANSPORT COMPANY, *et al.*,

    *Defendants.*

CIVIL ACTION
NO. 16-6603

## ORDER

**AND NOW**, this 6th day of February, 2018, it is hereby **ORDERED** that:

1. Keystone's Motion in Limine (ECF No. 68) is **DENIED** without prejudice.

2. Evidence of Charles Lane's convictions for the following crimes is **ADMISSIBLE** for purposes of impeachment pursuant to Federal Rule of Evidence 609:

    a. 2008 conviction for theft by unlawful taking in violation of 18 Pa. C. S. § 3921 (Bucks County, CP-09-CR-0008211-2006, Disposition Date 1/8/08);

    b. 2008 conviction for theft by receiving stolen property in violation of 18 Pa. C. S. § 3925 (Bucks County, CP-09-CR-0008211-2006, Disposition Date 1/8/08);

    c. 2008 conviction for tampering with records or identification in violation of 18 Pa. C.S. § 4104 A (Bucks County, CP-09-CR-0008211-2006, Disposition Date 1/8/08); and

    d. 2008 conviction for theft by deception-false impression, in violation of 18 Pa. C.S. § 3922(a)(1) (Bucks County, CP-09-CR-0008211-2006, Disposition Date 1/8/08).

1

3. Evidence of Charles Lane's convictions for the following crimes is **INADMISSBLE**:

    a. 1990 conviction for theft by unlawful taking in violation of 18 Pa. C. S. § 3921 (Philadelphia County, MC-51-CR-0926601-1990, Disposition Date 12/10/90);

    b. Three 1990 convictions for theft by receiving stolen property in violation of 18 Pa. C. S. § 3925 (Philadelphia County, CP-51-CR-1110601-1990, Disposition Date 11/29/1990; Philadelphia County, MC-51-CR-0926601-1990, Disposition Date 12/10/90); and

    c. 1991 conviction for burglary in violation of 18 Pa. C.S. § 3502 (Philadelphia County, CP-51-CR-1230021-1990, Disposition Date 1/2/91).

4. Evidence of Pamela Johnson's 2004 conviction for theft by receiving stolen property in violation of 18 Pa. C. S. § 3925 (Philadelphia County, CP-51-CR-0402151-2004, Disposition Date 6/4/04) is **ADMISSIBLE** for purposes of impeachment pursuant to Federal Rule of Evidence 609.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.